# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:13-cv-00028-MR-DLH

| | |
|---|---|
| RONALD-FRANCIS: OF THE FAMILY CROTEAU, ) ) ) Plaintiff, ) ) vs. ) ) ) OCWEN LOAN SERVICING, LLC, ) TRUSTEES GRADY I. INGLE and ) ELIZABETH B. ELLS, ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motions to Dismiss [Docs. 4, 7] and the Magistrate Judge's Memorandum and Recommendation [Doc. 13] regarding the disposition of those motions.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the motions to dismiss and to submit a recommendation for their disposition.

On December 27, 2013, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed conclusions of law

in support of a recommendation regarding the Defendants' Motions. [Doc. 13]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendants' Motions to Dismiss should be granted and this action should be dismissed.

**O R D E R**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 13] is **ACCEPTED**; the Defendants' Motions to Dismiss [Docs. 4, 7] are **GRANTED**; and this action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: January 15, 2014

Martin Reidinger
United States District Judge