# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Ronald-Francis: of the family Croteau**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00028-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Ocwen Loan servicing, LLC, Trustees Grady I. Ingle and Elizabeth B. Ells**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2014 Order.

January 16, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court